No. 6,779.—STATE ex Rel. L. R. DAEMS et al., Relators, v. T. W. HICKS, Sr., Respondent.

Decided October 9, 1930.

PER CURIAM.—Relators' application for a peremptory writ of mandate is denied.

*Mr. Ralph J. Anderson* and *Messrs. Stewart & Brown,* for Relators.

No. 6,709.—STERLING M. WOOD, Trustee, Respondent, *v.* FIRST SECURITIES CORPORATION, Appellant.

Decided November 15, 1930.

PER CURIAM.—On motion of counsel for appellant the appeal in this case is dismissed.

*Mr. Wellington D. Rankin,* for Appellant.

*Mr. Sterling M. Wood,* for Respondent.